# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., SAMSUNG SEMICONDUCTOR, | § | C.A. No. 2:25-cv-748-JRG |
| INC.; AND AVNET, INC., | § | |
| | § | JURY TRIAL DEMANDED |
| Defendants. | § | (Lead Case) |
| | § | |
| | § | |
| NETLIST, INC., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| MICRON TECHNOLOGY, INC., | § | |
| MICRON SEMICONDUCTOR | § | |
| PRODUCTS, INC., MICRON | § | C.A. No. 2:25-cv-749-JRG |
| TECHNOLOGY TEXAS LLC; AND | § | |
| AVNET, INC. | § | |
| | § | JURY TRIAL DEMANDED |
| | § | (Member Case) |
| Defendants. | § | |

## JOINT MOTION TO STAY BRIEFING SCHEDULE

In *Netlist, Inc. v. Micron Technology, Inc. et al.*, C.A. No. 2:25-cv-557-JRG (E.D. Tex.), Defendant Avnet, Inc., filed a motion to sever and stay Netlist's claims against Avnet in C.A. No. 2:25-cv-558-JRG (E.D. Tex.).  *See* C.A. No. 2:25-cv-557-JRG, Dkt. 99.  The parties have conferred and agreed that this Court's determination on Avnet's motion to sever and stay in that case as to Netlist's Second Claim for Relief related to U.S. Patent No. 10,025,731 (C.A. No. 2:25-cv-557-JRG, Dkt. 15, § V) will control the issues raised by Avnet in its motion to sever and stay in this case as well (Dkt. 41). To reduce duplication of briefing, the parties respectfully move the Court to grant this joint motion to stay the briefing deadlines with regard to Avnet's motion to sever and stay (Dkt. 41) pending resolution of Avnet's motion to sever and stay in C.A. No. 2:25-cv-557-JRG, Dkt. 99.

Dated: January 2, 2026                                        Respectfully submitted,


                                                            */s/ Blair A. Silver*

                                                            Samuel F. Baxter
                                                            Texas State Bar No. 01938000
                                                            sbaxter@mckoolsmith.com
                                                            Jennifer L. Truelove
                                                            Texas State Bar No. 24012906
                                                            jtruelove@mckoolsmith.com
                                                            **MCKOOL SMITH, P.C.**
                                                            104 East Houston Street Suite 300
                                                            Marshall, TX 75670
                                                            Telephone: (903) 923-9000
                                                            Facsimile: (903) 923-9099

                                                            Jason G. Sheasby (*pro hac vice*)
                                                            jsheasby@irell.com
                                                            Andrew J. Strabone (*pro hac vice*)
                                                            astrabone@irell.com
                                                            Blair A. Silver
                                                            DC Bar 1000372
                                                            bsilver@irell.com

Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
Andrew H. Henderson (*pro hac vice*)
dhenderson@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiff Netlist, Inc.***


*/s/ Jared Bobrow*
Jared Bobrow (CA State Bar No. 133712)
Jason Lang (CA State Bar No. 255642)
**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025
Tel: (650) 614-7400
Fax: (650) 614-7401
jbobrow@orrick.com
jlang@orrick.com

G. Blake Thompson
Texas Bar No. 24042033
**MANN TINDEL THOMPSON**
112 East Line Street, Suite 304
Tyler, TX 75702
Tel: (903) 657-8540
Fax: (903) 557-6003
blake@themannfirm.com

Sarah K. Mullins (CA State Bar No.
324558)
**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-4572
Fax: (631) 790-4932
sarahmullins@orrick.com

***Attorneys for Defendant Avnet, Inc.***

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on January 2, 2026, a copy of the foregoing was served to all counsel of record via the Court CM/ECF system.

*/s/Jared Bobrow*
Jared Bobrow

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), I hereby certify that, on December 31, 2025, counsel for Plaintiff met and conferred with counsel for Defendants on this motion. The parties reached an agreement as reflected in this joint motion.

*/s/ Jared Bobrow*
Jared Bobrow