IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC.; AVNET, INC., <br><br> Defendants. | Case No. 2:25-cv-748-JRG <br><br> **JURY TRIAL DEMANDED** <br> (Lead Case) |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC; AVNET, INC., <br><br> Defendants. | Case No. 2:25-cv-749-JRG <br><br> **JURY TRIAL DEMANDED** <br> (Member case) |

## MICRON'S REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201 and in support of their Motion to Dismiss Plaintiff Netlist, Inc's ("Netlist") First Amended Complaint Under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Micron") respectfully request that the Court take judicial notice of the documents described below.

In evaluating a Rule 12(b)(6) motion, a court "must consider the complaint in its entirety, . . . documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007). Pursuant to Rule 201, the court may take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Courts routinely take judicial notice of public records under Rule 201(b). *See Norris v. Hearst Tr.*, 500 F.3d 454, 461 n.9 (5th Cir. 2007) ("[I]t is clearly proper . . . to take judicial notice of matters of public record."). For example, the Fifth Circuit has held that courts may take judicial notice of filings in prior state and federal court proceedings. *See Stiel v. Heritage Numismatic Auctions, Inc.*, 816 F. App'x 888, 892 (5th Cir. 2020); *Krystal One Acquisitions, L.L.C. v. Bank of Am., N.A.*, 805 F. App'x 283, 287 (5th Cir. 2020). Courts also regularly take judicial notice of Secretary of State filings. *See, e.g.*, *Victory Med. Ctr. Beaumont, L.P. v. Connecticut Gen. Life Ins. Co.*, No. 1:17-CV-48, 2018 WL 3467915, at *3 (E.D. Tex. July 17, 2018); *Vernon Feeders, LLC v. Cabaniss Dairy, LLC*, No. 7:13-CV-00069-O, 2013 WL 12137768, at *1 (N.D. Tex. July 9, 2013). Courts also may take judicial notice regarding the county in which an address is located. *See Linz v. Viking Residential Partners, LLC*, No. 4:23-CV-00670-SDJ-AGD, 2024 WL 4356286, at *3 (E.D. Tex. Sept. 3, 2024), *report and recommendation adopted*, No. 4:23-CV-00670-SDJ-AGD, 2024 WL 4351651 (E.D. Tex. Sept. 30, 2024) ("The court also takes judicial notice that while Southlake lies in both Denton County and Tarrant County, the Property itself is located in Tarrant County."); *Kopin v. Wells Fargo Bank, N.A.*, No. 3-11-CV-1698-O, 2011 WL 13130489, at *2 (N.D. Tex. Nov. 14, 2011) ("[T]he Court grants Wells Fargo's request to take judicial notice of the fact that the Property is located in Denton County.").

Accordingly, Micron requests that the Court take judicial notice of the following public records:

1. Complaint in *Micron Technology, Inc. v. Netlist, Inc.*, Idaho Dist. Ct. No. CV01-23-19920 (filed Dec. 11, 2023), which is attached as **Exhibit 1**.

2. Complaint in *Micron Technology, Inc. v. Netlist, Inc.*, Idaho Dist. Ct. No. CV01-24-01032 (filed Jan. 16, 2024), which is attached as **Exhibit 2**.

3. Complaint in *Micron Technology, Inc. v. Netlist, Inc.*, Idaho Dist. Ct. No. CV01-25-09858 (filed June 2, 2025), which is attached as **Exhibit 3**.

4. Defendants' Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint, Dkt. No. 160, *Netlist, Inc. v. Micron Technology, Inc., et al.*, No. 2:22-cv-203-JRG-RSP (E.D. Tex, Aug. 30, 2023), which is attached as **Exhibit 4**.

5. Defendants' Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint and Counterclaims, Dkt. No. 32, *Netlist, Inc. v. Micron Technology, Inc., et al.*, No. 2:22-cv-294-JRG (E.D. Tex, Aug. 18, 2023), which is attached as **Exhibit 5**.

6. Defendants' Response in Opposition to Plaintiff's Motion for Summary Judgment on Micron's Antitrust Counterclaim and Affirmative Defense of Patent Misuse, Dkt. No. 497, *Netlist, Inc. v. Samsung Electronics Co., Ltd., et al.*, No. 2:22-cv-293-JRG (Lead Case) (E.D. Tex., Feb. 7, 2024), which is attached as **Exhibit 6**.

7. Defendants' Sur-Reply in Support of Their Opposition to Plaintiff's Motion for Summary Judgment of Micron's Antitrust Counterclaim and Affirmative Defense of Patent, Dkt. No., 646, *Netlist, Inc. v. Samsung Electronics Co., Ltd., et al.*, No. 2:22-cv-293-JRG (Lead Case) (E.D. Tex., Feb. 22, 2024), which is attached as **Exhibit 7**.

8. Statement of Dissolution of Limited Liability Company Micron Technology Texas LLC, filed on October 25, 2023 with the Idaho Secretary of State, which is attached as **Exhibit 8**.

9. Certification of the Status of Micron Technology Texas LLC made by the Idaho Secretary of State, filed on June 4, 2024 with the Texas Secretary of State, which is attached as **Exhibit 9**.

10. Defendants' Motion to Dismiss Complaint, Dkt. No. 11, *Netlist, Inc. v. Micron Technology, Inc., et al.*, No. 2:25-cv-558-JRG (E.D. Tex. June 17, 2025), which is attached as **Exhibit 10**.

11. Micron's Motion to Dismiss First Amended Complaint, Dkt. No. 28, *Netlist, Inc. v. Samsung Electronics Co., Ltd., et al.*, No. 2:25-cv-557-JRG (Lead Case) (E.D. Tex. July 22, 2025), which is attached as **Exhibit 11**.

12. Samsung's Redacted Counterclaims, Dkt. 2, *Samsung Electronics Co., LTD. v. Netlist, Inc.*, Case No. 1:25-cv-01589-UNA (D. Del. Jan. 6, 2026), which is attached as **Exhibit 12**.

Dated: January 26, 2026                                                Respectfully submitted,

                                                                     */s/ G. Blake Thompson*
**G. Blake Thompson**
State Bar No. 24042033
Blake@TheMannFirm.com
**MANN | TINDEL | THOMPSON**
112 East Line Street, Suite 304
Tyler, TX 75702
Tel: (903) 657-8540

Jared Bobrow (CA State Bar No. 133712)
Jason Lang (CA State Bar No. 255642)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025
Tel: (650) 614-7400
Fax: (650) 614-7401
jbobrow@orrick.com
jlang@orrick.com

Sarah K. Mullins (CA State Bar No. 324558)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-4572
Fax: (631) 790-4932
sarahmullins@orrick.com

*Attorneys for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC*

## CERTIFICATE OF SERVICE

      The undersigned certifies that on January 26, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5.

                                                         */s/ G. Blake Thompson*
                                                         **G. Blake Thompson**